**THE HELMS LAW FIRM, P.L.C.**
Michael G. Helms ó 014470.
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Attorneys for Plaintiff

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR MARICOPA COUNTY

| | |
|---|---|
| Richard L. Helms,<br><br>  Plaintiff,<br><br>vs.<br><br>Principal Life Insurance Company,<br><br>  Defendant. | No. CV10-2521-PHX-ROS<br><br>**MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Richard L. Helms, through his undersigned counsel, moves the Court for an Order dismissing the within action, without prejudice, in order that Plaintiff may pursue administrative remedies.

Dated this 22d day of December, 2010.

THE HELMS LAW FIRM, P.L.C.


By:   /s/ Michael G. Helms
Michael G. Helms
2600 North Central Avenue
Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 22, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert Matthew Kort
SNELL & WILMER, LLP
400 E. Van Buren
Phoenix, AZ 85004-0001
rkort@swlaw.com

Eric S. Mattson
SIDLEY AUSTIN, LLP
1 S. Dearborn Street
Chicago, IL 60603
emattson@sidley.com

Alison V. Potter
SIDLEY AUSTIN, LLP
1 S. Dearborn Street
Chicago, IL 60603
apotter@sidley.com

/s/ Michael G. Helms